AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **1:24-CV-6589**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Pig Newton Inc.**
was recieved by me on   **9/06/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Kevin Williams- Facility Manager**, who is designated by law to accept service of process on behalf of **Pig Newton Inc.** at **50 Rockefeller Plz Fourth Floor, New York, NY 10020** on **09/10/2024 at 12:09 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   09/10/2024

*Server's signature*

**Michael Whyte**
*Printed name and title*

**392 Roberts Avenue
Apt. 1
Yonkers, NY 10701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Kevin Williams- Facility Manager who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald black female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs.**



Tracking #: **0142610256**

