UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| Elizabeth Stachovic, Individually, and on Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>    -against-<br><br>Pig Newton, Inc.,<br><br>                              <u>Defendant.</u> | 1:24-cv-6589<br><br>MOTION FOR ADMISSION<br><br>PRO HAC VICE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, <u>Tyler Somes</u> hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>Elizabeth Stachovic</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the <u>District of Columbia</u> and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: <u>9/19/2024</u>

Respectfully Submitted,

<u>Tyler Somes</u>

Applicant Signature: <u>/s/ Tyler Somes</u>

Applicant's Name: <u>Tyler Somes</u>

Firm Name: <u>Hedin LLP</u>

Address: <u>1100 15th Street, NW</u>

City/State/Zip: <u>Washington, DC 20005</u>

Telephone/Fax: <u>(202) 900-3332</u>

Email: <u>tsomes@hedinllp.com</u>