# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH STACHOVIC, individually and on behalf of all others similarly situated,

                Plaintiff,

    v.

PIG NEWTON, INC.,

                Defendant.

Civil Action No. <u>1:24-cv-6589</u>

---

## <u>DECLARATION OF TYLER SOMES IN SUPPORT OF PRO HAC VICE ADMISSION</u>

I, Tyler Somes, declare as follows:

1.    I am an attorney with the law firm Hedin LLP, counsel for Plaintiff Elizabeth Stachovic in the above captioned matter. I submit this Declaration in support of my Motion for Pro Hac Vice Admission.

2.    I am a member in good standing of the bar the District of Columbia and I have attached a Certificate of Good Standing issued within the last thirty (30) days.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.    There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2024      Respectfully submitted,

/s/ Tyler Somes

Tyler Somes
**HEDIN LLP**
1100 15th Street NW, Suite 04-108
Washington DC, 20005
Tel: (202) 900-3332
E-mail: tsomes@hedinllp.com