# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH STACHOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PIG NEWTON, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-6589<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Tyler Somes, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of District of Columbia; and that his/her contact information is as follows (please print):

Applicant's Name: Tyler Somes

Firm Name: Hedin LLP

Address: 1100 15th Street NW, Suite 04-108

City/ State/ Zip: Washington DC, 20005

Telephone/ Fax: (202) 900-3332

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Elizabeth Stachovic in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/23/24

_____
United States District/
~~Magistrate~~ Judge