# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELIZABETH STACHOVIC,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PIG NEWTON, INC.,**<br><br>Defendant. | Case No. 1:24-cv-6589-LAK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. David Lane, Jr. of the law firm McDonald Hopkins PLC hereby enters his appearance as counsel for Defendant Pig Newton, Inc. in the above-captioned matter.

Dated: September 27, 2024

Respectfully Submitted,

*/s/ R. David Lane, Jr.*
R. David Lane, Jr. (RD 2435)
McDonald Hopkins PLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
(248) 646-5070 / Fax: (248) 646-5075
E-mail: dlane@mcdonaldhopkins.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2024, I served the forgoing *Notice of Appearance* and this *Certificate of Service* through the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                              */s/ R. David Lane, Jr.*
                                              R. David Lane, Jr.