

McDonald Hopkins PLC
39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304

P 1.248.646.5070
F 1.248.646.5075

**R. David Lane, Esq.**
Direct Dial: 248.402.4072
E-mail: dlane@mcdonaldhopkins.com

November 12, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
United States Courthouse Room 21B
500 Pearl St.
New York, NY 10007

**Re:** *Elizabeth Stachovic, et al. v. Pig Newton, Inc.*, Case No. 1:24-cv-6589

Dear Judge Kaplan:

We represent defendant Pig Newton, Inc. ("Defendant") in the above-referenced putative class action pending before this Court. Through this letter motion, the parties jointly request that the Court extend the time for: (1) Defendant to respond to Plaintiff's Class Action Complaint (the "Complaint"), up to and including December 18, 2024; and (2) Plaintiff to file her response to any motion to dismiss, up to and including January 30, 2025, in order to allow the parties time to engage in settlement discussions. In support thereof, the parties state as follows:

Plaintiff alleges that Defendant installed tracking technology, specifically a snippet of code referred to as the "Meta Pixel," on Defendant's website, louisck.com (the "Website"). Plaintiff further alleges that the Meta Pixel collected and transmitted to Meta (f/k/a Facebook) the private viewing information and other personal information of consumers who purchased prerecorded video materials on the Website. Based on these allegations, Plaintiff alleges that Defendant violated the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA").

Pursuant to this Court's minute entry dated September 30, 2024 (Dkt. No. 12), Pig Newton's response to Plaintiff's Complaint is due on November 15, 2024.

The parties are exploring the potential for early resolution of this matter and request additional time to analyze the technical issues and engage in settlement discussions. This is the parties' second request for an extension of time. This extension is not sought for delay or for any other improper purpose, and no party will be prejudiced by the granting of it.

Additionally, in the event Defendant files a motion to dismiss the Complaint, the parties request an extension up to and including January 30, 2025, for Plaintiff to file her response thereto.

November 12, 2024
Page 2

      Accordingly, the parties respectfully request that this Court enter an order: (1) granting this letter motion in its entirety; (2) allowing Defendant up to and including December 18, 2024, to file its response to the Complaint; and (3) allowing Plaintiff up to and including January 30, 2025, to file her response to any motion to dismiss.

      Thank you for your time and consideration of this request. We will await further word from the Court.

      Very truly yours,

      R. David Lane, Esq.

McDonald Hopkins
A business advisory and advocacy law firm®