# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

ELIZABETH STACHOVIC, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PIG NEWTON, INC.,

Defendant.

Case No. 1:24-06589

Judge Lewis A. Kaplan

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, Jennifer W. Torrez hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit/declaration pursuant to Local Rule 1.3.

Dated: November 22, 2024

Respectfully Submitted,

Jennifer W. Torrez
McDONALD HOPKINS, LLC
300 North LaSalle Street
Suite 1400
Chicago, Illinois 60654
PH: (312) 280-0111 / FAX: (312) 280-8232
E-mail: jtorrez@mcdonaldhopkins.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH STACHOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PIG NEWTON, INC.,<br><br>Defendant. | Case No. 1:24-06589<br><br>Judge Lewis A. Kaplan |

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Jennifer W. Torrez, under penalty of perjury, hereby depose and say as follows:

1. I am counsel in the firm of McDonald Hopkins LLC. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.

2. As shown in the attached Certificate of Good Standing, I am a member in good standing of the State Bar of Illinois.

3. There are no pending disciplinary proceedings against me in any State or Federal court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. Wherefore I, Jennifer W. Torrez, request that I be permitted to appear as counsel and advocate pro hac vice in this action for Defendant.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: November 22, 2024, in Chicago, Illinois.

_____
Jennifer W. Torrez

Subscribed and Sworn before me
this 22nd day of November, 2024

_Melissa C. Lemons_
NOTARY

OFFICIAL SEAL
MELISSA C. LEMONS
Notary Public - State of Illinois
My Commission Expires 06/29/2026