IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH STACHOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIG NEWTON, INC.,<br><br>Defendant. | Case No. 1:24-06589<br><br>Judge Lewis A. Kaplan |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jennifer W. Torrez, for admission to practice Pro Hac Vice in the above-captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

300 North LaSalle Street
Suite 1400
Chicago, IL 60654
T: 312.642.7056
jtorrez@mcdonaldhopkins.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant in the above titled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November ___ 2024

_____
Judge Lewis A. Kaplan