## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH STACHOVIC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIG NEWTON, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-6589 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Elizabeth Stachovic and Defendant Pig Newtown, Inc., by counsel, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: June 30, 2025

**HEDIN LLP**

/s/ _____

Tyler K. Somes (*pro hac vice*)
Washington DC Bar No. 90013925
1100 15th Street NW, Ste 04-108
Washington, D.C. 20005
Telephone:  (202) 900-3332
Facsimile:   (305) 200-8801
tsomes@hedinllp.com

Elliot O. Jackson
New York Bar No. 6076798
1395 Brickell Ave., Suite 610

Miami, Florida 33131-3302
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
ejackson@hedinllp.com

Frank S. Hedin
Florida Bar No. 109698
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
fhedin@hedinllp.com

*Counsel for Plaintiff and Putative Class*

/s/

**MCDONALD HOPKINS LLC**

R. David Lane
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
Telephone: 248-402-4072
dlane@mcdonaldhopkins.com

Jennifer W. Torrez (*pro hac vice*)
300 North LaSalle Street, Suite 1400
Chicago, IL 60654
Telephone: 216-348-5400
jtorrez@mcdonaldhopkins.com

*Counsel for Defendant Pig Newton, Inc.*